| Com. v. Swick [70] | 02/01/2016794 MAL (2015) | Denied | No. 1776 MDA 2014 |
|---|---|---|---|
| Com. v. Taylor [71] | 12/29/2015716 MAL (2015) | Denied | Pa.Super., 125 A.3d 440 |
| Com. v. Urbano [72] | 12/30/2015292 WAL (2015) | Denied | Pa.Super., 122 A.3d 1142 |
| Com. v. Verwys [73] | 02/01/2016624 MAL (2015) | Denied | Pa.Super., 125 A.3d 454 |
| Com. v. Weekley [74] | 12/31/2015326 WAL (2015) | Denied | Pa.Super., 125 A.3d 447 |
| Com. v. Wicker [75] | 02/01/2016578 EAL (2015) | Denied | Pa.Super., 131 A.3d 91 |
| Com. v. Williams [76] | 12/30/2015491 EAL (2015) | Denied | Pa.Super., 125 A.3d 459 |
| Com. v. Williams [77] | 12/29/2015779 MAL (2015) | Denied | Pa.Super., 131 A.3d 90 |
| Com. v. Williams [78] | 12/30/2015597 EAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Com. v. Willis [79] | 12/29/2015628 EAL (2015) | Denied | Pa.Super., 134 A.3d 91 |

70. Justice EAKIN did not participate in the decision of this matter; Justice WECHT did not participate in the consideration or decision of this matter.

71. Justice EAKIN did not participate in the decision of this matter.

72. Justice EAKIN did not participate in the decision of this matter.

73. Justice EAKIN did not participate in the decision of this matter.

74. Justice EAKIN did not participate in the consideration or decision of this matter.

75. Justice EAKIN did not participate in the decision of this matter.

76. Justice EAKIN did not participate in the decision of this matter.

77. Justice EAKIN did not participate in the decision of this matter.

78. Justice EAKIN did not participate in the decision of this matter.

79. Justice EAKIN did not participate in the decision of this matter.